| EXHIBIT 1 | | | |
|---|---|---|---|
| **VIRGINIA COLLEGE, LLC INSTITUTIONS** | | | |
| INSTITUTION | ADDITIONAL LOCATION | CITY | STATE |
| Brightwood Career Institute | | Broomall | PA |
| Brightwood Career Institute | | Harrisburg | PA |
| | Brightwood Career Institute | Philadelphia | PA |
| Brightwood Career Institute | | Philadelphia (Phila. Mills) | PA |
| *Brightwood Career Institute* | | *Pittsburgh* | *PA* |
| *Brightwood College* | | *Sacramento* | *CA* |
| | *Brightwood College* | *Bakersfield* | *CA* |
| Brightwood College | | Salida (Modesto) | CA |
| | *Brightwood College* | *Clovis (Fresno)* | *CA* |
| Brightwood College | | San Diego | CA |
| | Brightwood College | Chula Vista | CA |
| Brightwood College | | Van Nuys (Los Angeles) | CA |
| | Brightwood College | Riverside | CA |
| Brightwood College | | Riverside | CA |
| | *Brightwood College* | *Palm Springs* | *CA* |
| Brightwood College | | Hammond | IN |
| | Brightwood College | Indianapolis | IN |
| Brightwood College | | Baltimore | MD |
| Brightwood College | | Beltsville | MD |
| Brightwood College | | Towson | MD |
| Brightwood College | | Las Vegas | NV |
| *Brightwood College* | | *Dayton* | *OH* |
| Brightwood College | | Nashville | TN |
| | Brightwood College | Charlotte | NC |
| Brightwood College | | Dallas | TX |
| | *Brightwood College* | *Arlington* | *TX* |
| Brightwood College | | El Paso | TX |
| | Brightwood College | Browsville | TX |
| | Brightwood College | El Paso (Lee Trevino) | TX |
| Brightwood College | | Houston | TX |
| | Brightwood College | Friendswood | TX |
| Brightwood College | | San Antonio (Ingram) | TX |
| | *Brightwood College* | *Beaumont* | *TX* |
| | Brightwood College | Laredo | TX |
| Brightwood College | | San Antonion (San Pedro) | TX |
| | Brightwood College | Corpus Christi | TX |
| | Brightwood College | Fort Worth | TX |
| | Brightwood College | McAllen | TX |
| Virginia College | | Birmingham | AL |
| | *Virginia College* | *Hunstville* | *AL* |
| | *Virginia College* | *Mobile* | *AL* |

|  | | | |
|---|---|---|---|
|  | *Virginia College* | *Semmes* | *AL* |
|  | *Virginia College* | *Montgomery* | *AL* |
|  | *Virginia College* | *Fort Pierce* | *FL* |
|  | Virginia College | Jacksonville | FL |
|  | *Virginia College* | *Pensacola* | *FL* |
|  | Virginia College | Augusta | GA |
|  | *Virginia College* | *Columbus* | *GA* |
|  | *Virginia College* | *Macon* | *GA* |
|  | Virginia College | Savannah | GA |
|  | *Virginia College* | *Baton Rouge* | *LA* |
|  | *Virginia College* | *Bossier City (Shreveport)* | *LA* |
|  | *Virginia College* | *Biloxi* | *MS* |
|  | *Virginia College* | *Jackson* | *MS* |
|  | Virginia College | Greensboro | NC |
|  | *Virginia College* | *Tulsa* | *OK* |
|  | *Virginia College* | *Columbia* | *SC* |
|  | Virginia College | Florence | SC |
|  | Virginia College | Greenville | SC |
|  | Virginia College | North Charleston | SC |
|  | *Virginia College* | *Spartanburg* | *SC* |
|  | *Virginia College* | *Chattanooga* | *TN* |
|  | Virginia College | Knoxville | TN |
|  | *Virginia College* | *Austin* | *TX* |
|  | Virginia College | Lubbock | TX |
|  | Virginia College | Richmond | VA |
|  | *Golf Academy of America* | *Chandler (Phoenix)* | *AZ* |
|  | Golf Academy of America | Carlsbad (San Diego) | CA |
|  | Golf Academy of America | Apopka (Orlando) | FL |
|  | Golf Academy of America | Myrtle Beach | SC |
|  | Golf Academy of America | Farmers Branch (Dallas) | TX |
|  | *Ecotech Institute* | *Aurora (Denver)* | *CO* |
|  |  |  |  |
|  |  |  |  |
| *On 09/10/2018, ECA announced it has discontinued enrollment in campuses in red italics and those campuses will be taught out and closed.* | | | |