

FREE MEMBERSHIP Includes » ABL Advisor eNews + iData Blasts | JOIN NOW     LOGIN | ABOUT | FAQ | CONTACT


SERVING ASSET-BASED LENDING DECISION MAKERS

ARTICLES   NEWS   BLOGS   PRESS RELEASES          search the site     

HOME   SECTOR/ECONOMIC DATA   DEAL TABLES   DIRECTORY   EVENTS CALENDAR   ADVERTISE   SUBSCRIBE

Home / News / Monroe Capital Arranges $72MM Facility in ECA Recap

Recommend 0     Tweet     Share  G+     Email     Print

## Monroe Capital Arranges $72MM Facility in ECA Recap

September 09, 2015, 07:53 AM          Related: Middle Market, Monroe Capital LLC, Unitranche
Filed Under: Education

Monroe Capital LLC announced it acted as sole lead arranger and administrative agent on the funding of a $72 million senior credit facility and preferred stock investment to support the recapitalization of Education Corporation of America ("ECA") and ECA's concurrent non-cash acquisition of 38 career college campuses from Kaplan Inc., in a transaction led by ECA's longtime private equity sponsor, Willis Stein & Partners.

Based in Birmingham, Alabama, ECA is an operator of private, accredited career colleges across the U.S. With the completion of the Kaplan transaction, ECA's family of brands now includes Virginia College, Golf Academy of America, Ecotech Institute, Kaplan College, Kaplan Career Institute, TESST College of Technology, Texas School of Business and the fully online New England College of Business which is accredited by the New England Association of Schools and Colleges (NEASC). The campuses acquired from Kaplan will be rebranded with a new name in the coming months.  The aggregate footprint of the new combined organization includes more than 70 career-oriented campuses and online programs across 20 states from coast to coast, serving approximately 30,000 students with a range of career training programs.

According to Avy Stein, Managing Partner of Willis Stein & Partners, "The Monroe team absolutely stepped up for us in a big way on this financing. They worked with us to create a win-win structure in order to complete a complicated transaction in a very timely manner. We look forward to working with them on our future deals."

"This transaction represents a compelling opportunity in a space that requires deep sponsor knowledge and investor expertise," said Ted Koenig, President & CEO of Monroe. "We are pleased to partner with the team at Willis Stein & Partners and the ECA management team."

Monroe Capital LLC is a leading provider of senior and junior debt and equity co-investments to middle-market companies in the U.S. and Canada. Investment types include unitranche financings, cash flow and enterprise value based loans, acquisition facilities, mezzanine debt, second lien or last-out loans and equity co-investments. Monroe has been recognized by Global M&A Network as the 2013 and 2014 Small Mid-Market Lender of the Year, Private Debt Investor as the 2013 Unitranche Lender of the Year and 2014 Senior Lender of the Year, and the U.S. Small Business Administration as the 2015 Small Business Investment Company (SBIC) of the Year.

### Today's Other News

Lampert Makes 11th-Hour Bid to Save Sears as Liquidation Teams Assemble
Goldman Sachs Closes $200MM Refi for Phoenix Tower International
Analysts Warn of Rising Pressure Points in Global Debt



### SECTOR/ECONOMIC DATA

**U.S. Census Bureau – U.S. Department of Commerce**
Full Report on Manufacturers' Shipments, Inventories and Orders - October 2018

**Institute for Supply Management**
November 2018 Manufacturing ISM Report on Business

VIEW ALL SECTOR/ECONOMIC DATA

### FEATURED ARTICLES

**Tiger Capital Group – Diversifying to Meet Evolving Market Demands**
ABL Advisor sits with Dan Kane and Michael McGrail of Tiger Capital...
 by ABL Advisor Staff Writer

**Tastes Great vs. Less Filling: ABL vs. ABL Light**
Charlie Perer, of Super G Capital, explains why and how more large...
 by Charlie Perer

MOST POPULAR | ALL ARTICLES

### SPONSORED CONTENT

**Social Fabrication: The Hidden Virus That Can Infect Your Brand**
Sue Bury, President & CEO of 1STWEST Background Due Diligence discusses the importance of "character" in executive candidates and how a candidate's character can impact your search for the best leaders.

### Most Popular

**1** Republic Metals Engages SSG Capital to Identify Bidders for Bankrupt Refining Firm
December 27, 2018, 08:00 AM
Filed Under: Metals and Mining

**2** Wells Fargo, Bank Of America Top U.S. Mobile Bank App Ranking
December 19, 2018, 08:05 AM
Filed Under:

**3** Sears to Incur $443MM in Second-Half Charges Due to Store Closures
December 26, 2018, 08:16 AM
Filed Under: Retail

**4** Credit Quality to Erode as Underwriting Continues to Weaken in Structured Finance
December 27, 2018, 09:00 AM
Filed Under: Economic Commentary

**5** Capital One Names Junda MD in Technology, Media, and Telecommunications Group
December 21, 2018, 08:26 AM
Filed Under: Personnel Announcements

View All Most Popular News Stories ››

### Week's News

- Lampert Makes 11th-Hour Bid to Save Sears as Liquidation Teams Assemble
- Goldman Sachs Closes $200MM Refi for Phoenix Tower International
- Analysts Warn of Rising Pressure Points in Global Debt
- Credit Managers' Index Ends 2018 on Sour Note
- TCF National Bank Closes $10MM Revolver for Global Self Storage
- Retraction of Published News Story on ABL Advisor
- Clock Winds Down on Sears as Lampert Proposal Reaches Deadline
- Feasibility Study Finds Public Cannabis Bank Too Risky for California
- Citizens Bank Agents up to $265.2MM in Expanded Credit Facilities for ANI Pharmaceuticals
- WFCF, Citizens Business Capital Close up to $275MM Revolver with Wabash National

### Comments From Our Members

You must be an ABL Advisor member to post comments. Login or Join Now.

sponsored by:
1ST·WEST BACKGROUND DUE DILIGENCE
LEARN MORE

KNOW YOUR STUFF? PROVE IT!
BECOME A CERTIFIED ACCOUNT EXECUTIVE IN FACTORING
Any Qualified Candidate Can TAKE THE EXAM
OVER 300 EXAM LOCATIONS Across North America
Join The Growing Ranks of CAEF's and Sign-up TODAY!
FOR MORE INFORMATION VISIT WWW.FACTORING.ORG OR CALL 805-773-0011

50 words — MARKETING · PUBLIC RELATIONS · CRISIS COMMUNICATIONS — LEARN MORE

### INDUSTRY RESOURCES

| Commercial Finance Association | Turnaround Management Association | International Factoring Association | Equipment Finance Advisor |

| SITE MAP | ABL ADVISOR | ADVISOR MEMBERS | INDUSTRY DIRECTORY | ADVERTISE |
| --- | --- | --- | --- | --- |
| Home | About The Advisor | Manage Profile | Industry Directory | Advertising Platforms |

| | | | | |
|---|---|---|---|---|
| News | FAQ | Advisor Professional Network | Get Your Company Listed | Web Site Advertising |
| Articles | Contact | Subscribe FREE | Submit Company News | eBlast News Broadcast |
| Blogs | Author Directory | | | iData Blast Advertising |
| Industry Directory | Extended Site Map | | | Advertising Specifications |
| Industry Data | Privacy Policy | | | |
| Events Calendar | Terms of Service | | | |
| Deal Tables | Glossary of Terms | | | |



Copyright © 2012-2019 Equipment Finance Advisor, Inc. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used without written consent from ABL Advisor, Incorporated.
ABL Advisor: 975 Mill Road, Suite G, Bryn Mawr, PA 19010 | tel 484.380.3215 | fax 484.636.2508

