## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| **KARINA GARCIA, MARIA MATA, CHLOE BROOKS, ANITA TREVINO, KARLENE CARPENTER, TANISHA WILLIAMS, SAMUEL TORRES, MARLENE BURCH, ROZEPHYR JEAN, Individually and on Behalf All Others Similarly Situated,** | ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) **CIVIL ACTION NO: 18-cv-00621-MAC** ) |
| **WILLIS STEIN & PARTNERS, L.L.C., MONROE CAPITAL, LLC, EDUCATION CORPORATION OFAMERICA, VIRGINA COLLEGE, LLC, BRIGHTWOOD COLLEGE, BRIGHTWOOD CAREER INSTITUTE, VIRGINIA COLLEGE, ECOTECH INSTITUTE, STUART C. REED, AVY HOWARD STEIN, THEODORE KOENIG, JACKIE BAUMANN, AND ERIN SHEA** | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

### PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT AARON BARKSDALE

Plaintiffs file their notice of dismissal of Defendant Aaron Barksdale under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. On December 12, 2018, Plaintiffs sued defendants Virginia College, LLC d/b/a Brightwood College, Education Corporation of America, Willis Stein & Partners, L.L.C., Stuart C. Reed, and Aaron Barksdale.

2. Defendant Aaron Barksdale has been served with process and has not served an answer or motion for summary judgment.

3. The proposed class has not yet been certified.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiffs have not previously dismissed any federal – or state-court suit based on or including the same claims as those presented in this case.

7. Only defendant, Aaron Barksdale, is dismissed from this lawsuit.

8. This dismissal is without prejudice.

Respectfully submitted,

**THE FERGUSON LAW FIRM, LLP**

*/s/ Mark C. Sparks*
Mark Sparks
Texas Bar No. 24000273
mark@thefergusonlawfirm.com
Timothy M. Ferguson
Texas Bar No. 24099479
tferguson@thefergusonlawfirm.com
350 Pine Street, Suite 1440
Beaumont, Texas 77701
(409) 832-9700 Phone
(409) 832-9708 Fax

and:

**BAILEY REYES, PLLC**

>Christopher A. Bailey
>Texas Bar No. 24104549
>chris@baileyreyes.com
>Julliana Reyes
>Texas Bar No. 24103899
>julie@baileyreyes.com
>470 Orleans Street, Suite 950
>Beaumont, Texas 77701
>(409) 239-0123 Phone
>(409) 895-2363 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, a true copy of the foregoing has been served upon all parties or their attorneys contemporaneously with or before the filing of this pleading, in a manner authorized by Federal Rule of Civil Procedure, via email and certified mail.

>*/s/ Mark Sparks*
>Mark Sparks