IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KARINA GARCIA, MARIA MATA, CHLOE BROOKS, ANITA TREVINO, KARLENE CARPENTER, TANISHA WILLIAMS, SAMUEL TORRES, MARLENE BURCH, and ROZEPHYR JEAN, <br><br>    Plaintiffs, <br><br> v. <br><br> WILLIS STEIN & PARTNERS, L.L.C., MONROE CAPITAL, LLC, EDUCATION CORPORATION OF AMERICA, VIRGINIA COLLEGE, LLC, BRIGHTWOOD COLLEGE, BRIGHTWOOD CAREER INSTITUTE, VIRGINIA COLLEGE, ECOTECH INSTITUTE, STUART C. REED, AVY HOWARD STEIN, THEODORE KOENIG, JACKIE BAUMANN, and ERIN SHEA, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: <br><br> 1:18-CV-00621 |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiffs and Defendants Education Corporation of America, Virginia College, LLC, and Stuart C. Reed (collectively, the "Parties") file this unopposed motion to exceed page limitations for briefing, as follows:

1.  On February 8, 2019, Plaintiffs filed an amended class-action complaint. (D.E. 5.)

2.  On February 15, 2019, Defendants Education Corporation of America, Virginia College, LCC, and Stuart C. Reed filed their Motion to Compel Arbitration and to Strike Plaintiffs' Class Action Claims. (D.E. 7.)

3.   The Parties agreed, and the Court granted, an extension of time for Plaintiffs to file their response. (D.E. 9, 10.) Plaintiffs filed their 30-page Response on March 7, 2019. (D.E. 12.)

4.   Given the number of Plaintiffs, the number of arguments made by Plaintiffs in their Response, and the law of four different states at issue, the Parties respectfully request ten (10) additional pages for Defendants' Reply, making their reply brief 20 pages, and ten (10) additional pages for Plaintiffs' Sur-Reply making their sur-reply 20 pages.

As outlined herein, the Parties respectfully request this Court extend the page limitations for both Defendants' Reply Brief and Plaintiffs' Sur-Reply by ten (10) pages.

*/s/ Ollie A. "Tres" Cleveland, III*
Scott S. Brown
(*admitted in E.D. Texas*)
Ollie A. "Tres" Cleveland, III (*admitted PHV*)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1000
Fax: (205) 254-1999
scottbrown@maynardcooper.com
tcleveland@maynardcooper.com

*Attorneys for Defendants*
*Education Corporation of America, Virginia*
*College, LLC, and Stuart C. Reed*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, this the 12th day of March, 2019.

                                           */s/ Ollie A. "Tres" Cleveland, III*
                                           Ollie A. Cleveland, III