| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| KARINA GARCIA, MARIA MATA, CHLOE BROOKS, ANITA TREVINO, KARLENE CARPENTER, TANISHA WILLIAMS, SAMUEL TORRES, MARLENE BURCH, and ROZEPHYR JEAN, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiffs, <br><br> *versus* <br><br> WILLIS STEIN & PARTNERS, L.L.C., MONROE CAPITAL, LLC, EDUCATION CORPORATION OF AMERICA, VIRGINA COLLEGE, LLC, BRIGHTWOOD COLLEGE, BRIGHTWOOD CAREER INSTITUTE, VIRGINIA COLLEGE, ECOTECH INSTITUTE, STUART C. REED, AVY HOWARD STEIN, THEODORE KOENIG, JACKIE BAUMANN, and ERIN SHEA, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:18-CV-621 |

**ORDER**

Consistent with the court's Memorandum and Order, signed August 5, 2019, Defendants Willis Stein & Partners, L.L.C., and Avy Stein's Motion to Dismiss (#26) and Memorandum in Support of Motion to Dismiss (#27) are DENIED AS MOOT.

SIGNED at Beaumont, Texas, this 5th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE