IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KARINA GARCIA, MARIA MATA, CHLOE BROOKS, ANITA TREVINO, KARLENE CARPENTER, TANISHA WILLIAMS, SAMUEL TORRES, MARLENE BURCH, and ROZEPHYR JEAN,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIS STEIN & PARTNERS, L.L.C., MONROE CAPITAL, LLC, EDUCATION CORPORATION OF AMERICA, VIRGINIA COLLEGE, LLC, BRIGHTWOOD COLLEGE, BRIGHTWOOD CAREER INSTITUTE, VIRGINIA COLLEGE, ECOTECH INSTITUTE, STUART C. REED, AVY HOWARD STEIN, THEODORE KOENIG, JACKIE BAUMANN, and ERIN SHEA,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:18-CV-00621 |

## NOTICE OF SETTLEMENT

                        Ollie A. "Tres" Cleveland, III
                        **MAYNARD, COOPER & GALE, P.C.**
                        1901 Sixth Avenue North
                        Suite 1700
                        Birmingham, Alabama 35203
                        (205) 254-1000
                        tcleveland@maynardcooper.com

                        *Attorney for Defendants*
                        *Education Corporation of America*
                        *and Virginia College, LLC*

Defendants Education Corporation of America and Virginia College, LLC (collectively, "ECA") hereby provide the Court with notice that the parties have agreed to a settlement of Ms. Anita Trevino's claims. In light of this settlement, ECA moves to withdraw the pending Motion to Vacate Partially, or in the Alternative, to Modify Partially, the Arbitration Award Entered in Favor of Plaintiff/Claimant Anita Trevino. (Doc. 49.) Counsel for ECA conferred with Ms. Trevino's counsel and there are no objections to this Motion. Additionally, ECA submits the accompanying Proposed Order.

Dated this 9th day of November 2021.

*/s/ Ollie A. "Tres" Cleveland, III*
Ollie A. "Tres" Cleveland, III (*pro hac vice*)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (fax)
tcleveland@maynardcooper.com

*Attorney for Defendants*
*Education Corporation of America*
*and Virginia College, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, this the 9th day of November 2021.

                                        */s/ Ollie A. "Tres" Cleveland, III*
                                        Ollie A. "Tres" Cleveland, III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| KARINA GARCIA, MARIA MATA, CHLOE BROOKS, ANITA TREVINO, KARLENE CARPENTER, TANISHA WILLIAMS, SAMUEL TORRES, MARLENE BURCH, and ROZEPHYR JEAN,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIS STEIN & PARTNERS, L.L.C., MONROE CAPITAL, LLC, EDUCATION CORPORATION OF AMERICA, VIRGINIA COLLEGE, LLC, BRIGHTWOOD COLLEGE, BRIGHTWOOD CAREER INSTITUTE, VIRGINIA COLLEGE, ECOTECH INSTITUTE, STUART C. REED, AVY HOWARD STEIN, THEODORE KOENIG, JACKIE BAUMANN, and ERIN SHEA,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:18-CV-00621 |

### [PROPOSED] ORDER

Pending before the Court is Defendants Education Corporation of America and Virginia College, LLC's Motion to Withdraw their Motion to Vacate Partially, or in the Alternative, to Modify Partially, the Arbitration Award Entered in Favor of Plaintiff/Claimant Anita Trevino. [Doc. 48]. The Court has reviewed the file and Motion and is fully informed.

**IT IS ORDERED** that Defendants Education Corporation of America and Virginia College, LLC's Motion to Withdraw is **GRANTED**. Defendants Education Corporation of America and Virginia College, LLC's Motion to Vacate shall be **WITHDRAWN** from

3

consideration. The District Court Clerk is directed to file this Order, terminate Doc. 48 as a pending motion, and provide copies to counsel.