| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

KARINA GARCIA, MARIA MATA, §
CHLOE BROOKS, ANITA TREVINO, §
KARLENE CARPENTER, TANISHA §
WILLIAMS, SAMUEL TORRES, §
MARLENE BURCH, and ROZEPHYR §
JEAN, *Individually and on Behalf of All* §
*Others Similarly Situated*, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:18-CV-621
　　　　　　　　　　　　　　　　§
WILLIS STEIN & PARTNERS, L.L.C., §
MONROE CAPITAL, LLC, §
EDUCATION CORPORATION OF §
AMERICA, VIRGINIA COLLEGE, LLC, §
BRIGHTWOOD COLLEGE, §
BRIGHTWOOD CAREER INSTITUTE, §
VIRGINIA COLLEGE, ECOTECH §
INSTITUTE, STUART C. REED, AVY §
HOWARD STEIN, THEODORE KOENIG, §
JACKIE BAUMANN, and ERIN SHEA, §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER OF DISMISSAL

Defendants Education Corporation of America and Virginia College LLC's Unopposed Motion to Dismiss (#57) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 21st day of March, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE